Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kingston, Karen M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-6710** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**814 Hillside Avenue**<br>**Glen Ellyn, IL**                    ZIP Code **60137** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kingston, Karen M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Amazing Bath & Kitchen, Inc.** | Case Number: | Date Filed: |
|---|---|---|
| District: **Northern District of Illinois, Eastern Division** | Relationship: **Principal** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Lester A. Ottenheimer III**          **June  1, 2007**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Lester A. Ottenheimer III 3127572** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
| --- | --- |
| | **Kingston, Karen M** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Karen M Kingston**
Signature of Debtor  **Karen M Kingston**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June  1, 2007**
Date

#### Signature of Attorney

**X  /s/ Lester A. Ottenheimer III**
Signature of Attorney for Debtor(s)

**Lester A. Ottenheimer III 3127572**
Printed Name of Attorney for Debtor(s)

**Ottenheimer Teplinsky Rosenbloom, LLC**
Firm Name

**750 Lake Cook Road
Suite 140
Buffalo Grove, IL 60089**
Address

**Email: Hklein@otrlaw.com**
**847-520-9400  Fax: 847-520-9411**
Telephone Number

**June  1, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Karen M Kingston _____    Case No. _____

                                    Debtor(s)    Chapter    7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Karen M Kingston**
                         **Karen M Kingston**

Date:  **June  1, 2007**

Form 6-Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Karen M Kingston**                                                     ,  Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 540,000.00 | | |
| B - Personal Property | Yes | 3 | 11,440.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 543,044.50 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 86,262.43 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 799,866.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,952.29 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 551,440.00 | | |
| Total Liabilities | | | | 1,429,173.68 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Karen M Kingston**                                    ,    Case No. _____
                                          Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 56,115.99 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 56,115.99 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,500.00 |
| Average Expenses (from Schedule J, Line 18) | 6,952.29 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,500.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 73,445.93 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 12,816.50 |
| 4. Total from Schedule F | | 799,866.75 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 812,683.25 |

Form B6A
(10/05)

In re    **Karen M Kingston**
_____,    Case No. _____
                                Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor's residence:**<br>**Location: 814 Hillside Avenue, Glen Ellyn IL 60137** | **Sole owner** | **-** | **540,000.00** | **537,630.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **540,000.00** | (Total of this page) |
| Total > | **540,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Karen M Kingston**                                                          ,        Case No. _____
                                            Debtor

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Debtor's person** | - | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - LaSalle Bank** **Checking account - US Bank** | - - | 0.00 800.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **1 TV, 1 VCR/DVD, 1 computer, printer and monitor, miscellaneous appliances, kitchen table and chairs, dining room table and chairs, living room furniture, 1 set of bedroom furniture** | - | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous pictures** | - | 100.00 |
| 6. | Wearing apparel. | | **Miscellaneous wearing apparel** | - | 100.00 |
| 7. | Furs and jewelry. | | **1 watch, 1 ring, miscellaneous costume jewelry** | - | 350.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **1 set of golf clubs (21 years old)** **1 video camera** | - - | 50.00 100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance** | - | 640.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **3,690.00** |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6B
(10/05)

In re  **Karen M Kingston**                                        ,      Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA - Baird Northwest Mutual** | - | **1,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Amazing Bath & Kitchen, Inc.** | - | **0.00** |
| | | **Oak Leaf Enterprises, Inc.** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Maintenance** | - | **1,500.00** |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >           **2,500.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **Karen M Kingston**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Nissan Pathfinder (75,000 miles)** | - | 4,000.00 |
| | | **1994 Buick (not running - 100,000 miles)** | - | 50.00 |
| | | **1999 Jeep Cherokee (100,000 miles)** | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 desk, 1 fax machine, 1 copier** | - | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **5,250.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **11,440.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6C
(4/07)

In re   **Karen M Kingston**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875.
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Debtor's residence:** **Location: 814 Hillside Avenue, Glen Ellyn IL 60137** | **735 ILCS 5/12-901** | **15,000.00** | **540,000.00** |
| **Cash on Hand** | | | |
| **Cash on Debtor's person** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account - LaSalle Bank** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Checking account - US Bank** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **Household Goods and Furnishings** | | | |
| **1 TV, 1 VCR/DVD, 1 computer, printer and monitor, miscellaneous appliances, kitchen table and chairs, dining room table and chairs, living room furniture, 1 set of bedroom furniture** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous pictures** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **Miscellaneous wearing apparel** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| **1 watch, 1 ring, miscellaneous costume jewelry** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **1 set of golf clubs (21 years old)** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **1 video camera** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in Insurance Policies** | | | |
| **Insurance** | **215 ILCS 5/238** | **640.00** | **640.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA - Baird Northwest Mutual** | **735 ILCS 5/12-704** | **1,000.00** | **1,000.00** |
| **Stock and Interests in Businesses** | | | |
| **Amazing Bath & Kitchen, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Oak Leaf Enterprises, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| **Maintenance** | **735 ILCS 5/12-1001(g)(4)** | **1,500.00** | **1,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Nissan Pathfinder (75,000 miles)** | **735 ILCS 5/12-1001(c)** | **2,350.00** | **4,000.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6C
(4/07)

In re    **Karen M Kingston**                                    ,    Case No. _____
_____
                        Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1994 Buick (not running - 100,000 miles)** | **735 ILCS 5/12-1001(c)** | **50.00** | **50.00** |
| **1999 Jeep Cherokee (100,000 miles)** | **735 ILCS 5/12-1001(c)** | **0.00** | **1,000.00** |
| **Office Equipment, Furnishings and Supplies** **1 desk, 1 fax machine, 1 copier** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |

Total: **23,790.00** **551,440.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Karen M Kingston**                                      ,    Case No. _____
_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Americas Servicing Company**<br>**PO Box 1820**<br>**Newark, NJ 07101** | | - | **First Mortgage**<br><br>**Debtor's residence:**<br>**Location: 814 Hillside Avenue, Glen Ellyn IL 60137**<br><br>Value $          **540,000.00** | | | | 430,057.00 | 0.00 |
| Account No.<br><br>**Americas Servicing Company**<br>**PO Box 1820**<br>**Newark, NJ 07101** | | - | **Second Mortgage**<br><br>**Debtor's residence:**<br>**Location: 814 Hillside Avenue, Glen Ellyn IL 60137**<br><br>Value $          **540,000.00** | | | | 107,573.00 | 0.00 |
| Account No.<br><br>**Northwest Mutual**<br>**PO Box 88243**<br>**Milwaukee, WI 53288** | | - | **Loan against insurance policy**<br><br>Value $            **6,054.50** | | | | 5,414.50 | 0.00 |
| Account No.<br><br><br>Value $ | | | | | | | | |
| **0**___ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 543,044.50 | 0.00 |
| | | | | Total<br>(Report on Summary of Schedules) | | | 543,044.50 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Official Form 6E (4/07)

In re  **Karen M Kingston**                                                                    ,  Case No. _____

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __5__    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re   **Karen M Kingston** _____ ,   Case No. _____
                           Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bob Hunt<br>1103 South Mitchell<br>Arlington Heights, IL 60005 | X | - | Personal guarantee - wages | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No.<br><br>Chris Ubert<br>3128 Lynette Lane<br>Island Lake, IL 60042 | X | - | Personal guarantee - wages | | | | 2,000.00 | 0.00 | 2,000.00 |
| Account No.<br><br>Daniel Vinchery<br>1861 Wahler<br>Hanover Park, IL 60133 | X | - | Personal guarantee - wages | | | | 2,100.00 | 0.00 | 2,100.00 |
| Account No.<br><br>Frank E. Diaz<br>1108 Honeywood<br>Westmont, IL 60559 | X | - | Personal guarantee - wages | | | | 2,527.00 | 0.00 | 2,527.00 |
| Account No.<br><br>Jackie Gregoire<br>6N170 Rosedale Avenue<br>Roselle, IL 60172 | X | - | Personal guarantee - wages | | | | 590.00 | 0.00 | 590.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 0.00
(Total of this page) — 8,217.00 | 8,217.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re    **Karen M Kingston**                                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jerry Aurigemma**<br>**3630 Huntington Boulevard**<br>**Hoffman Estates, IL 60192** | X | - | **Personal guarantee - wages** | | | | <br><br><br>4,900.00 | 4,900.00 | <br><br><br>0.00 |
| Account No.<br><br>**John and Kathy Michaels**<br>**1046 Big Eagle Trail**<br>**Carol Stream, IL 60188** | X | - | **Personal guarantee - wages** | | | | <br><br><br>3,200.00 | 3,200.00 | <br><br><br>0.00 |
| Account No.<br><br>**John Gaillard**<br>**1033 Charela Lane, #102**<br>**Elk Grove Village, IL 60007** | X | - | **Personal guarantee - wages** | | | | <br><br><br>2,600.00 | 0.00 | <br><br><br>2,600.00 |
| Account No.<br><br>**Juan Padilla Landscaping, Inc.**<br>**2327 South Lawndale**<br>**Chicago, IL 60623** | X | - | **Lawn maintenance  - wages** | | | | <br><br><br>1,291.50 | 1,291.50 | <br><br><br>0.00 |
| Account No.<br><br>**Julie Cadieux**<br>**17484 West Chestnut Lane**<br>**Gurnee, IL 60031** | X | - | **Personal guarantee - wages** | | | | <br><br><br>1,925.00 | 1,925.00 | <br><br><br>0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 11,316.50 | |
|---|---|---|---|
| | (Total of this page) | 13,916.50 | 2,600.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re   **Karen M Kingston**                                                                 ,   Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Personal guarantee - wages | | | | | | |
| Martin J. Rosenbaum 1092 Cernan Court Elk Grove Village, IL 60007 | X | - | | | | | 2,472.78 | 0.00 | 2,472.78 |
| Account No. | | | Personal guarantee - wages | | | | | | |
| Martino Ortiz 2928 East Elston Chicago, IL 60618 | X | - | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | Personal guarantee - wages | | | | | | |
| Mary Ann Swietlik 5346 North Nordica Avenue Chicago, IL 60656 | X | - | | | | | 1,500.00 | 1,500.00 | 0.00 |
| Account No. | | | Personal guarantee - wages | | | | | | |
| Matias Alaniz 2307 Gunderson Berwyn, IL 60462 | X | - | | | | | 2,200.00 | 0.00 | 2,200.00 |
| Account No. | | | Personal guarantee - wages | | | | | | |
| Michael Diflori New Wave Remodeling Group 2N238 Argyle Lombard, IL 60148 | X | - | | | | | Unknown | Unknown | 0.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 1,500.00 |
| (Total of this page) | 6,172.78 | 4,672.78 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re   **Karen M Kingston**                                                  ,          Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Randy Murphy** <br> **100 North Pine Street** <br> **Mount Prospect, IL 60056** | X | - | **Personal guarantee - wages** | | | | 1,840.16 | **0.00** | 1,840.16 |
| Account No. <br><br> **Tomasz Sznyterman TA Professional** <br> **2317 Silverstone Drive** <br> **Carpentersville, IL 60110** | X | - | **Miscellaneous wages** | | | | **Unknown** | **Unknown** | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | 1,840.16 | 1,840.16 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re    **Karen M Kingston**                                     ,    Case No. _____

                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DuPage County Tax Collector<br>Bill Payment Center<br>PO Box 4203<br>Carol Stream, IL 60197** | - | | **2005 property taxes (1/2)** | | | | **4,400.00** | **0.00** | **4,400.00** |
| Account No.<br><br>**Internal Revenue<br>Cincinnati, OH 45999** | - | | **Unpaid withholding taxes** | | | | **7,126.67** | **0.00** | **7,126.67** |
| Account No.<br><br>**Internal Revenue<br>Cincinnati, OH 45999** | - | | **Miscellaneous unpaid withholding taxes** | | | | **38,524.82** | **0.00** | **38,524.82** |
| Account No.<br><br>**Internal Revenue Service<br>PO Box 745<br>Chicago, IL 60690** | - | | **NOTICE ONLY** | | | | **0.00** | **0.00** | **0.00** |
| Account No.<br><br>**Internal Revenue Services<br>860 E. Algonquin Road<br>Schaumburg, IL 60173** | - | | **Unpaid withholding taxes** | | | | **6,064.50** | **0.00** | **6,064.50** |

Sheet __5__ of __5__ continuation sheets attached to      Subtotal     **0.00**
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    **56,115.99**    **56,115.99**

Total     **12,816.50**
(Report on Summary of Schedules)    **86,262.43**    **73,445.93**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06)

In re __**Karen M Kingston**_____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | Guarantee | | | | | | |
| AKB Enterprises, Inc., d/b/a Sign-A-Rama, c/o Adam Brancamp 711 East Golf Road Schaumburg, IL 60173 | X | - | | | | | | | 5,906.76 |
| Account No. | | | Guarantee | | | | | | |
| All A Electric Co. PO Box 947 Warrenville, IL 60555 | X | - | | | | | | | 125.00 |
| Account No. | | | Guarantee | | | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096 | X | - | | | | | | | 2,780.19 |
| Account No. | | | Guarantee | | | | | | |
| AT&T Yellow Pages/RH Donnelly 8519 Innovation Way Chicago, IL 60682 | X | - | | | | | | | Unknown |

| | | |
|---|---|---|
| __21__ continuation sheets attached | Subtotal (Total of this page) | 8,811.95 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:35670-070521    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Karen M Kingston**                                                      ,      Case No. _____
                                                 Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Miscellaneous charges | | | | |
| Bank of America PO Box 15726 Wilmington, DE 19886 | X | - | | | | | 5,412.16 |
| Account No. | | | Miscellaneous charges | | | | |
| Bank of America PO Box 15726 Wilmington, DE 19886 | | - | | | | | 13,187.83 |
| Account No. | | | Miscellaneous charges | | | | |
| Bank of America PO Box 15726 Wilmington, DE 19886 | | - | | | | | 5,440.39 |
| Account No. | | | Personal guarantee | | | | |
| Bank of America PO Box 15710 Wilmington, DE 19886 | | - | | | | | 7,995.53 |
| Account No. | | | Guarantee | | | | |
| Bathworks 3965 North Elston Chicago, IL 60616 | X | - | | | | | 510.00 |

Sheet no. __1___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,545.91

Official Form 6F (10/06) - Cont.

In re     **Karen M Kingston**                                                      ,     Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Guarantee | | | | |
| **BCI Acrylic Bath Systems 524 South Hicks Road Palatine, IL 60067** | X | - | | | | | | | 25,753.59 |
| Account No. | | | | | Personal guarantee | | | | |
| **Bolingbrook Glass & Mirror, Inc. 470 West North Frontage Road Bolingbrook, IL 60440** | X | - | | | | | | | 117.59 |
| Account No. | | | | | Miscellaneous charges | | | | |
| **BP-Card Member Services PO Box 15325 Wilmington, DE 19886** | | - | | | | | | | 132.34 |
| Account No. | | | | | Guarantee | | | | |
| **Cabinet Restylers c/o NCO Financial Systems, Inc. PO Box 4903 Trenton, NJ 08650** | X | - | | | | | | | 5,219.15 |
| Account No. | | | | | Guarantee | | | | |
| **Cabinet Restylers c/o NCO Financial Systems, Inc. PO Box 4903 Trenton, NJ 08650** | | - | | | | | | | 2,469.52 |

Sheet no. __2__ of __21__ sheets attached to Schedule of       Subtotal      | 33,692.19 |
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Karen M Kingston** _____,    Case No. _____
                                     Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                            Miscellaneous charges | | | | | | | | |
| **Capital One Bank** **PO Box 60024** **City Of Industry, CA 91716** | - | | | | | | | 14,920.22 |
| Account No.                                            Miscellaneous charges | | | | | | | | |
| **Carson Pirie Scott Retail Services** **PO Box 17264** **Baltimore, MD 21297** | - | | | | | | | 675.08 |
| Account No.                                            Guarantee | | | | | | | | |
| **CBS Outdoor** **PO Box 33074** **Newark, NJ 07188** | X - | | | | | | | 6,500.00 |
| Account No.                                            Personal guarantee on business line | | | | | | | | |
| **Chase** **PO Box 9001022** **Louisville, KY 40290** | - | | | | | | | 100,921.39 |
| Account No.                                            Guarantee | | | | | | | | |
| **Chase** **PO Box 15153** **Wilmington, DE 19886** | X - | | | | | | | 2,000.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        125,016.69

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Karen M Kingston**                                                                      ,      Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal guarantee | | | | |
| **Chicago Sun Times PO Box 1003 Tinley Park, IL 60477** | X | - | | | | | | 453.00 |
| Account No. | | | | Guarantee  - NOTICE ONLY | | | | |
| **Chicago Tribune c/o Teller Levit & Silvertrust 11 East Adams Street Chicago, IL 60603** | | - | | | | | | 0.00 |
| Account No. | | | | Personal guarantee | | | | |
| **Chicago Tribune Company c/o Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188** | X | - | | | | | | 4,561.00 |
| Account No. | | | | Personal guarantee | | | | |
| **Chicago Tribune Company c/o Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188** | | - | | | | | | 2,945.36 |
| Account No. | | | | Personal guarantee | | | | |
| **Citgo Petroleum PO Box 2224 Birmingham, AL 35246** | X | - | | | | | | 2,212.74 |

Sheet no. __4___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,172.10

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Karen M Kingston** _____ ,  Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal guarantee | | | | |
| **Clipper Magazine** **3708 Hempland Road** **Mountville, PA 17554** | X | - | | | | | 38,000.00 |
| Account No. | | | Personal guarantee | | | | |
| **Comcast Financial Agency Corp.** **12964 Collection Center Drive** **Chicago, IL 60693** | X | - | | | | | 5,073.00 |
| Account No. | | | Personal guarantee | | | | |
| **Computer Technology Solutions, LLC** **498 North Overlook Trail** **Round Lake, IL 60073** | X | - | | | | | 160.00 |
| Account No. | | | Personal guarantee | | | | |
| **Computing Technology Solutions, LLC** **1020 Deerfield Ave., #370** **Deerfield, IL 60015** | | - | | | | | 430.00 |
| Account No. | | | Guarantee | | | | |
| **Creative Mirror Designs** **2141 West Army Trail Road** **Addison, IL 60101** | X | - | | | | | 2,701.68 |

Sheet no. __5___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,364.68

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Karen M Kingston**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Guarantee | | | | |
| **Daily Herald** **c/o Biehl & Biehl, Inc.** **PO Box 87410** **Carol Stream, IL 60188** | X | - | | | | | 259.76 |
| Account No. | | | Personal guarantee | | | | |
| **Dan's Hauling** **2852 Cornwall Lane** **Geneva, IL 60134** | X | - | | | | | **Unknown** |
| Account No. | | | Guarantee | | | | |
| **Deadline Printing & Color Copying** **1401 Busse Road** **Elk Grove Village, IL 60007** | X | - | | | | | 810.00 |
| Account No. | | | Personal guarantee | | | | |
| **Deadline Printing & Color Copying** **1401 Busse Road** **Elk Grove Village, IL 60007** | | - | | | | | 1,027.00 |
| Account No. | | | Guarantee | | | | |
| **Delux Business Checks & Solutions** **PO Box 742572** **Cincinnati, OH 45274** | X | - | | | | | 90.04 |

Sheet no. __6___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,186.80

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Karen M Kingston** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Personal guarantee | | | | |
| **Delux Business Checks & Solutions PO Box 742572 Cincinnati, OH 45274** | | | | | | | | | 150.44 |
| Account No. | X | | - | | Miscellaneous media service | | | | |
| **DirecTV PO Box 9001069 Louisville, KY 40290** | | | | | | | | | 319.47 |
| Account No. | | | - | | Miscellaneous charges | | | | |
| **Discover Card PO Box 30395 Salt Lake City, UT 84130** | | | | | | | | | 11,685.32 |
| Account No. | X | | - | | Personal guarantee | | | | |
| **Dollarwise c/o MurphyLomon & Associates PO Box 2206 Des Plaines, IL 60017** | | | | | | | | | 4,875.00 |
| Account No. | X | | - | | Personal guarantee | | | | |
| **East-West Plumbing, Inc. 2348 West Grand Avenue Chicago, IL 60612** | | | | | | | | | 1,303.34 |

Sheet no. _7_ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,333.57

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Karen M Kingston**                                    ,   Case No. _____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal guarantee | | | | |
| **Energy Data** **109-15 14th Avenue, Suite 200** **College Point, NY 11356** | X | - | | | | | | **Unknown** |
| Account No. | | | | Personal guarantee | | | | |
| **Ferguson Enterprises #3550** **c/o Faber Hagel** **55 East Monroe Street, 40th Floor** **Chicago, IL 60603** | X | - | | | | | | **4,506.55** |
| Account No. | | | | Personal guarantee | | | | |
| **Fredricksen Fire Equipment Company** **760 Thomas Drive** **Bensenville, IL 60106** | X | - | | | | | | **67.14** |
| Account No. | | | | Personal guarantee | | | | |
| **Fuchs & Roselli** **440 West Randolph Street** **Chicago, IL 60606** | X | - | | | | | | **1,700.25** |
| Account No. | | | | Personal guarantee | | | | |
| **Full House Productions, Inc.** **75 West Van Buren Street** **Oswego, IL 60543** | X | - | | | | | | **1,520.00** |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **7,793.94**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Karen M Kingston**                                                              ,   Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Gallagher Lieb Moroni & Associates 200 West Higgins, #326 Schaumburg, IL 60195 | | - | | Personal guarantee | | | | 10,900.00 |
| Account No.  Glass Block Factory 6540 West Diversey Avenue Chicago, IL 60707 | X | - | | Personal guarantee | | | | 787.36 |
| Account No.  Hallmark Corporation 310 West Lake Street Elmhurst, IL 60126 | X | - | | Personal guarantee | | | | 1,194.33 |
| Account No.  Hallmark Corporation 310 West Lake Street Elmhurst, IL 60126 | | - | | Personal guarantee | | | | 794.33 |
| Account No.  Hill Top Cabinet Distributors, Inc. c/o Rothschild Bary & Myers 55 West Monroe Street, Suite 3900 Chicago, IL 60603 | | - | | Miscellaneous services (plus interest and fees and costs) | | | | 7,000.00 |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    20,676.02

Official Form 6F (10/06) - Cont.

In re    **Karen M Kingston**                                                ,    Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hinsdale Hospital**<br>**33835 Treasury Center**<br>**Chicago, IL 60694** | X | - | Personal guarantee | | | | 738.48 |
| Account No.<br><br>**Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | X | - | Personal guarantee | | | | 18,740.79 |
| Account No.<br><br>**HSBC Retail Services**<br>**PO Box 5204**<br>**Carol Stream, IL 60197** | X | - | Miscellaneous charges | | | | 4,454.83 |
| Account No.<br><br>**Kohl's**<br>**Kohl Payment Center**<br>**PO Box 2983**<br>**Milwaukee, WI 53201** | | - | Miscellaneous charges | | | | 997.26 |
| Account No.<br><br>**Laminated Products, Inc.**<br>**5718 52nd Street**<br>**Kenosha, WI 53144** | X | - | Personal guarantee | | | | 3,181.99 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        28,113.35

Official Form 6F (10/06) - Cont.

In re  **Karen M Kingston**                                                              ,    Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>LaSalle Bank<br>135 LaSalle Street<br>Chicago, IL 60603 | X | - | | | Personal guarantee | | | | 12,277.23 |
| Account No.<br><br>LaSalle Bank<br>135 LaSalle Street<br>Chicago, IL 60603 | | - | | | Personal guarantee | | | | 46,000.00 |
| Account No.<br><br>LaSalle Bank<br>135 LaSalle Street<br>Chicago, IL 60603 | | - | | | Personal guarantee on line of credit loan | | | | 9,900.00 |
| Account No.<br><br>LaSalle Bank<br>PO Box A3041<br>Chicago, IL 60690 | | - | | | NOTICE ONLY | | | | 0.00 |
| Account No.<br><br>Liberty Suburban Chicago Newspapers<br>Attn:  Accounts Receivable<br>1101 Wet 31st Street, Suite 100<br>Downers Grove, IL 60515 | X | - | | | Personal guarantee | | | | 658.73 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,835.96**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Karen M Kingston**                                    ,   Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Miscellaneous charges | | | | |
| **Macy's PO Box 689195 Des Moines, IA 50368** | | | | | | | | | 1,310.36 |
| Account No. | X | | - | | Personal guarantee | | | | |
| **Merchant Services Charge Back Department 7300 Chapman Highway Knoxville, TN 37920** | | | | | | | | | 3,000.00 |
| Account No. | X | | - | | Personal guarantee | | | | |
| **Michael Wagner & Sons 2321 South Foster Wheeling, IL 60090** | | | | | | | | | 112,417.43 |
| Account No. | X | | - | | Personal guarantee | | | | |
| **Mid America Tile 1650 Howard Street Elk Grove Village, IL 60007** | | | | | | | | | 2,665.80 |
| Account No. | | | - | | Personal guarantee | | | | |
| **Mid America Tile 1650 Howard Street Elk Grove Village, IL 60007** | | | | | | | | | 2,874.31 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **122,267.90**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Karen M Kingston**                                            ,    Case No. _____

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Unfinished product - not personal guarantee | | | | |
| **Mike and Celeste Hanson** **900 South River Road, #2A** **Des Plaines, IL 60016** | X | - | | | | | | | 2,300.00 |
| Account No. | | | | | Personal guarantee | | | | |
| **MoneySaver/KDR Productions** **480 West Lake Street** **Roselle, IL 60172** | X | - | | | | | | | 4,875.00 |
| Account No. | | | | | Personal guarantee | | | | |
| **NEBS** **PO Box 88042** **Chicago, IL 60680** | X | - | | | | | | | 199.01 |
| Account No. | | | | | Personal guarantee | | | | |
| **New Age Surfaces** **1237 Naperville Drive** **Romeoville, IL 60446** | X | - | | | | | | | 5,234.27 |
| Account No. | | | | | Personal guarantee | | | | |
| **New Age Surfaces** **1237 Naperville Drive** **Romeoville, IL 60446** | | - | | | | | | | 6,016.96 |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,625.24

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Karen M Kingston**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nordstrom Bank**<br>**PO Box 79134**<br>**Phoenix, AZ 85062** | - | | Miscellaneous charges | | | | 1,777.56 |
| Account No.<br><br>**Northwest Marble Products**<br>**880 Industrial**<br>**Bensenville, IL 60106** | X - | | Personal guarantee | | | | 584.67 |
| Account No.<br><br>**Oasis Industries**<br>**1600 Mountain Street**<br>**Aurora, IL 60505** | X - | | Personal guarantee | | | | 118.06 |
| Account No.<br><br>**Office Max**<br>**HSBC Business Solutions**<br>**PO Box 5239**<br>**Carol Stream, IL 60197** | X - | | Personal guarantee | | | | 946.78 |
| Account No.<br><br>**Pace Industries**<br>**c/o Benjamin & Williams**<br>**5485 Expressway Drive North**<br>**Holtsville, NY 11742** | X - | | Personal guarantee | | | | 2,836.96 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **6,264.03**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Karen M Kingston**                                              ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Personal guarantee | | | | |
| **Pace Industries** **c/o Benjamin & Williams** **5485 Expressway Drive North** **Holtsville, NY 11742** | - | | | | | | | | 2,186.95 |
| Account No. | | | | | Personal guarantee | | | | |
| **Peterson Publication, Inc.** **887 Hill Avenue** **Glen Ellyn, IL 60137** | X - | | | | | | | | 4,041.92 |
| Account No. | | | | | Personal guarantee | | | | |
| **Peterson Publication, Inc.** **887 Hill Avenue** **Glen Ellyn, IL 60137** | - | | | | | | | | 4,400.00 |
| Account No. | | | | | Personal guarantee | | | | |
| **Pitney Bowes** **PO Box 856042** **Louisville, KY 40285** | X - | | | | | | | | 951.47 |
| Account No. | | | | | Personal guarantee | | | | |
| **Pitney Bowes** **PO Box 856042** **Louisville, KY 40285** | - | | | | | | | | 392.74 |

Sheet no. __15__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,973.08

Official Form 6F (10/06) - Cont.

In re   **Karen M Kingston**                                                  ,       Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal guarantee | | | | |
| Plan It Products, LLC 561 Tequesta West Bloomfield, MI 48323 | X | - | | | | | | | 1,170.00 |
| Account No. | | | | | Personal guarantee | | | | |
| Quill PO Box 94081 Palatine, IL 60094 | X | - | | | | | | | 770.92 |
| Account No. | | | | | Personal guarantee | | | | |
| Rapid Advance 7316 Wisconsin Avenue, #450 Bethesda, MD 20814 | X | - | | | | | | | 80,095.78 |
| Account No. | | | | | Personal guarantee | | | | |
| Remodelers Supply Center 2500 North Pulaski Road Chicago, IL 60639 | X | - | | | | | | | 1,849.38 |
| Account No. | | | | | Personal guarantee | | | | |
| Remodelers Supply Center 2500 North Pulaski Road Chicago, IL 60639 | | - | | | | | | | 1,810.34 |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    85,696.42

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Karen M Kingston_____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Miscellaneous charges | | | | |
| **Retail Services**<br>**PO Box 17298**<br>**Baltimore, MD 21297** | | - | | | | | | **3,912.97** |
| **Account No.** | | | | Personal guarantee | | | | |
| **RH Donnelly**<br>**c/o Liquidebt Systems, Inc.**<br>**29 W 110 Butterfield, Suite 108**<br>**Warrenville, IL 60555** | X | - | | | | | | **23,977.24** |
| **Account No.** | | | | Personal guarantee | | | | |
| **SAVE**<br>**Market Share Coupons**<br>**1000 West Maple Road**<br>**Troy, MI 48084** | X | - | | | | | | **6,050.00** |
| **Account No.** | | | | Personal guarantee | | | | |
| **Senior Connection**<br>**PO Box 38**<br>**Dundee, IL 60118** | X | - | | | | | | **2,250.00** |
| **Account No.** | | | | Personal guarantee | | | | |
| **Senior Connection**<br>**PO Box 38**<br>**Dundee, IL 60118** | | - | | | | | | **1,800.00** |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **37,990.21**

Official Form 6F (10/06) - Cont.

In re    **Karen M Kingston**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sign-A-Rama<br>711 East Golf Road<br>Schaumburg, IL 60173** | X | - | Personal guarantee | | | | 5,906.76 |
| Account No.<br><br>**Sprint<br>c/o First Revenue Assurance<br>PO Box 3020<br>Albuquerque, NM 87110** | | - | Miscellaneous wireless services | | | | 2,466.02 |
| Account No.<br><br>**Szabo Associates, Inc.<br>3355 Lenox Road, N.E., 9th Floor<br>Atlanta, GA 30326** | X | - | Personal guarantee | | | | 1,000.00 |
| Account No.<br><br>**The Hartford Commercial Billing<br>PO Box 5556<br>Hartford, CT 06102** | X | - | Personal guarantee | | | | 940.06 |
| Account No.<br><br>**Thiels Replacement Systems<br>c/o NCO Financial Systems, Inc.<br>PO Box 4903<br>Trenton, NJ 08650** | X | - | Personal guarantee | | | | 2,469.52 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,782.36

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Karen M Kingston**                                                    ,   Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tom and Kathy Davidson**<br>**1115 Forestview Drive**<br>**Lake Bluff, IL 60044** | X | - | Unfinished services | | | | 2,250.00 |
| Account No.<br><br>**Tom and Marzena Simmons**<br>**632 Spinnaker**<br>**Schaumburg, IL 60194** | X | - | Unfinished services | | | | 2,100.00 |
| Account No.<br><br>**Tom McGuiggan**<br>**3438 North Ottawa**<br>**Chicago, IL 60634** | X | - | Unfinished services | | | | 1,750.00 |
| Account No.<br><br>**U.S. Plumbing & Heating Supply Co.**<br>**160 Joey Drive**<br>**Elk Grove Village, IL 60007** | X | - | Services | | | | 1,632.82 |
| Account No.<br><br>**Val Pak**<br>**8605 Largo Lakes Drive**<br>**Largo, FL 33773** | X | - | Personal guarantee | | | | 12,385.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **20,117.82**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Karen M Kingston**                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Valpak of Chicago Land**<br>**12 Salt Creek Lane, Suite 325**<br>**Hinsdale, IL 60521** | X | - | | | Personal guarantee | | | | **8,265.00** |
| Account No.<br><br>**Vedder Price**<br>**222 North LaSalle Street**<br>**Chicago, IL 60601** | X | - | | | Personal guarantee | | | | **842.80** |
| Account No.<br><br>**Victoria Secret**<br>**PO Box 659728**<br>**San Antonio, TX 78265** | | - | | | Miscellaneous purchases | | | | **753.14** |
| Account No.<br><br>**Visa Chase Card Member Service**<br>**PO Box 100044**<br>**Kennesaw, GA 30156** | | - | | | Miscellaneous charges | | | | **5,481.15** |
| Account No.<br><br>**Von Maur**<br>**PO Box 790298**<br>**Saint Louis, MO 63179** | | - | | | Miscellaneous charges | | | | **1,004.77** |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **16,346.86**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Karen M Kingston**_____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Loan | | | | |
| Washington Mutual PO Box 78065 Phoenix, AZ 85062 | | - | | | | | | | 47,544.67 |
| Account No. | | | | | Personal guarantee | | | | |
| WBBM AM 2 Prudential Plaza, 11th Floor Chicago, IL 60601 | X | - | | | | | | | 1,000.00 |
| Account No. | | | | | Personal guarantee | | | | |
| WERV-FM Next Media Dept. 809250 Chicago, IL 60680 | X | - | | | | | | | 1,715.00 |
| Account No. | | | | | Personal guarantee | | | | |
| WGNTV - WGN Radio - CLTV 10755-F Scripps Poway Parkwaym #612 San Diego, CA 92131 | X | - | | | | | | | 15,000.00 |
| Account No. | | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 65,259.67 |
| Total (Report on Summary of Schedules) | 799,866.75 |

Form B6G
(10/05)

In re     **Karen M Kingston** _____,    Case No. _____

                                            Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

    __0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Karen M Kingston**                                                    ,   Case No. _____
                                                          Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **AKB Enterprises, Inc., d/b/a**<br>**Sign-A-Rama, c/o Adam Brancamp**<br>**711 East Golf Road**<br>**Schaumburg, IL 60173** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **All A Electric Co.**<br>**PO Box 947**<br>**Warrenville, IL 60555** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **AT&T Yellow Pages/RH Donnelly**<br>**8519 Innovation Way**<br>**Chicago, IL 60682** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Bathworks**<br>**3965 North Elston**<br>**Chicago, IL 60616** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **BCI Acrylic Bath Systems**<br>**524 South Hicks Road**<br>**Palatine, IL 60067** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Cabinet Restylers**<br>**c/o NCO Financial Systems, Inc.**<br>**PO Box 4903**<br>**Trenton, NJ 08650** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **CBS Outdoor**<br>**PO Box 33074**<br>**Newark, NJ 07188** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Chicago Tribune Company**<br>**c/o Biehl & Biehl, Inc.**<br>**PO Box 87410**<br>**Carol Stream, IL 60188** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Citgo Petroleum**<br>**PO Box 2224**<br>**Birmingham, AL 35246** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Clipper Magazine**<br>**3708 Hempland Road**<br>**Mountville, PA 17554** |

_**7**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Karen M Kingston**                                          ,     Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Comcast Financial Agency Corp.**<br>**12964 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Computer Technology Solutions, LLC**<br>**498 North Overlook Trail**<br>**Round Lake, IL 60073** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Creative Mirror Designs**<br>**2141 West Army Trail Road**<br>**Addison, IL 60101** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Daily Herald**<br>**c/o Biehl & Biehl, Inc.**<br>**PO Box 87410**<br>**Carol Stream, IL 60188** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Deadline Printing & Color Copying**<br>**1401 Busse Road**<br>**Elk Grove Village, IL 60007** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Delux Business Checks & Solutions**<br>**PO Box 742572**<br>**Cincinnati, OH 45274** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **DirecTV**<br>**PO Box 9001069**<br>**Louisville, KY 40290** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Dollarwise**<br>**c/o MurphyLomon & Associates**<br>**PO Box 2206**<br>**Des Plaines, IL 60017** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **East-West Plumbing, Inc.**<br>**2348 West Grand Avenue**<br>**Chicago, IL 60612** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Energy Data**<br>**109-15 14th Avenue, Suite 200**<br>**College Point, NY 11356** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Ferguson Enterprises #3550**<br>**c/o Faber Hagel**<br>**55 East Monroe Street, 40th Floor**<br>**Chicago, IL 60603** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Fredricksen Fire Equipment Company**<br>**760 Thomas Drive**<br>**Bensenville, IL 60106** |

Sheet  __1__  of  __7__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Karen M Kingston**                                                                ,   Case No. _____

                                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Fuchs & Roselli**<br>**440 West Randolph Street**<br>**Chicago, IL 60606** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Full House Productions, Inc.**<br>**75 West Van Buren Street**<br>**Oswego, IL 60543** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Glass Block Factory**<br>**6540 West Diversey Avenue**<br>**Chicago, IL 60707** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Hallmark Corporation**<br>**310 West Lake Street**<br>**Elmhurst, IL 60126** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Hinsdale Hospital**<br>**33835 Treasury Center**<br>**Chicago, IL 60694** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **LaSalle Bank**<br>**135 LaSalle Street**<br>**Chicago, IL 60603** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Liberty Suburban Chicago Newspapers**<br>**Attn:  Accounts Receivable**<br>**1101 Wet 31st Street, Suite 100**<br>**Downers Grove, IL 60515** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Michael Wagner & Sons**<br>**2321 South Foster**<br>**Wheeling, IL 60090** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Mid America Tile**<br>**1650 Howard Street**<br>**Elk Grove Village, IL 60007** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **MoneySaver/KDR Productions**<br>**480 West Lake Street**<br>**Roselle, IL 60172** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **NEBS**<br>**PO Box 88042**<br>**Chicago, IL 60680** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **New Age Surfaces**<br>**1237 Naperville Drive**<br>**Romeoville, IL 60446** |

Sheet  __2__  of  __7__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Karen M Kingston**                              ,      Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Northwest Marble Products<br>880 Industrial<br>Bensenville, IL 60106 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Oasis Industries<br>1600 Mountain Street<br>Aurora, IL 60505 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Office Max<br>HSBC Business Solutions<br>PO Box 5239<br>Carol Stream, IL 60197 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Pace Industries<br>c/o Benjamin & Williams<br>5485 Expressway Drive North<br>Holtsville, NY 11742 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Peterson Publication, Inc.<br>887 Hill Avenue<br>Glen Ellyn, IL 60137 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Pitney Bowes<br>PO Box 856042<br>Louisville, KY 40285 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Plan It Products, LLC<br>561 Tequesta<br>West Bloomfield, MI 48323 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Quill<br>PO Box 94081<br>Palatine, IL 60094 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Remodelers Supply Center<br>2500 North Pulaski Road<br>Chicago, IL 60639 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | SAVE<br>Market Share Coupons<br>1000 West Maple Road<br>Troy, MI 48084 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Senior Connection<br>PO Box 38<br>Dundee, IL 60118 |
| Amazing Bath & Kitchen, Inc.<br>1086 Industrial Drive, #2<br>Bensenville, IL 60106 | Sign-A-Rama<br>711 East Golf Road<br>Schaumburg, IL 60173 |

Sheet  **3**  of  **7**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re  **Karen M Kingston**                                                                     ,    Case No. _____

                                                    Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Chicago Sun Times**<br>**PO Box 1003**<br>**Tinley Park, IL 60477** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Szabo Associates, Inc.**<br>**3355 Lenox Road, N.E., 9th Floor**<br>**Atlanta, GA 30326** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Val Pak**<br>**8605 Largo Lakes Drive**<br>**Largo, FL 33773** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Valpak of Chicago Land**<br>**12 Salt Creek Lane, Suite 325**<br>**Hinsdale, IL 60521** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Vedder Price**<br>**222 North LaSalle Street**<br>**Chicago, IL 60601** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **WBBM AM**<br>**2 Prudential Plaza, 11th Floor**<br>**Chicago, IL 60601** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **WERV-FM**<br>**Next Media Dept. 809250**<br>**Chicago, IL 60680** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **WGNTV - WGN Radio - CLTV**<br>**10755-F Scripps Poway Parkwaym #612**<br>**San Diego, CA 92131** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **HSBC Retail Services**<br>**PO Box 5204**<br>**Carol Stream, IL 60197** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Jerry Aurigemma**<br>**3630 Huntington Boulevard**<br>**Hoffman Estates, IL 60192** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **John and Kathy Michaels**<br>**1046 Big Eagle Trail**<br>**Carol Stream, IL 60188** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Julie Cadieux**<br>**17484 West Chestnut Lane**<br>**Gurnee, IL 60031** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Laminated Products, Inc.**<br>**5718 52nd Street**<br>**Kenosha, WI 53144** |

Sheet  __4__  of  __7__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **Karen M Kingston**                                 ,      Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **LaSalle Bank**<br>**135 LaSalle Street**<br>**Chicago, IL 60603** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Liberty Suburban Chicago Newspapers**<br>**Attn:  Accounts Receivable**<br>**1101 Wet 31st Street, Suite 100**<br>**Downers Grove, IL 60515** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Mary Ann Swietlik**<br>**5346 North Nordica Avenue**<br>**Chicago, IL 60656** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Merchant Services**<br>**Charge Back Department**<br>**7300 Chapman Highway**<br>**Knoxville, TN 37920** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Michael Diflori**<br>**New Wave Remodeling Group**<br>**2N238 Argyle**<br>**Lombard, IL 60148** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Mike and Celeste Hanson**<br>**900 South River Road, #2A**<br>**Des Plaines, IL 60016** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **RH Donnelly**<br>**c/o Liquidebt Systems, Inc.**<br>**29 W 110 Butterfield, Suite 108**<br>**Warrenville, IL 60555** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **The Hartford Commercial Billing**<br>**PO Box 5556**<br>**Hartford, CT 06102** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Thiels Replacement Systems**<br>**c/o NCO Financial Systems, Inc.**<br>**PO Box 4903**<br>**Trenton, NJ 08650** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Tom and Kathy Davidson**<br>**1115 Forestview Drive**<br>**Lake Bluff, IL 60044** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Tom and Marzena Simmons**<br>**632 Spinnaker**<br>**Schaumburg, IL 60194** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Tom McGuiggan**<br>**3438 North Ottawa**<br>**Chicago, IL 60634** |

Sheet __5__ of __7__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Karen M Kingston**                                                                    , Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Tomasz Sznyterman TA Professional**<br>**2317 Silverstone Drive**<br>**Carpentersville, IL 60110** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **U.S. Plumbing & Heating Supply Co.**<br>**160 Joey Drive**<br>**Elk Grove Village, IL 60007** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Bob Hunt**<br>**1103 South Mitchell**<br>**Arlington Heights, IL 60005** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Chris Ubert**<br>**3128 Lynette Lane**<br>**Island Lake, IL 60042** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Daniel Vinchery**<br>**1861 Wahler**<br>**Hanover Park, IL 60133** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Frank E. Diaz**<br>**1108 Honeywood**<br>**Westmont, IL 60559** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Jackie Gregoire**<br>**6N170 Rosedale Avenue**<br>**Roselle, IL 60172** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **John Gaillard**<br>**1033 Charela Lane, #102**<br>**Elk Grove Village, IL 60007** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Juan Padilla Landscaping, Inc.**<br>**2327 South Lawndale**<br>**Chicago, IL 60623** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Martin J. Rosenbaum**<br>**1092 Cernan Court**<br>**Elk Grove Village, IL 60007** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Martino Ortiz**<br>**2928 East Elston**<br>**Chicago, IL 60618** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Matias Alaniz**<br>**2307 Gunderson**<br>**Berwyn, IL 60462** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Randy Murphy**<br>**100 North Pine Street**<br>**Mount Prospect, IL 60056** |

Sheet  __6__  of  __7__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Karen M Kingston**                                                    , Case No. _____
                                         Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Rapid Advance**<br>**7316 Wisconsin Avenue, #450**<br>**Bethesda, MD 20814** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Bolingbrook Glass & Mirror, Inc.**<br>**470 West North Frontage Road**<br>**Bolingbrook, IL 60440** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **Amazing Bath & Kitchen, Inc.**<br>**1086 Industrial Drive, #2**<br>**Bensenville, IL 60106** | **Dan's Hauling**<br>**2852 Cornwall Lane**<br>**Geneva, IL 60134** |

Sheet   __7__  of  __7__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6I (10/06)

In re **Karen M Kingston**                                                          Case No. _____
_____
                               Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 1,500.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,500.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,500.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | 1,500.00 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    **Karen M Kingston**                                                   Case No. _____

Debtor(s)

## **SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)**
### **Attachment A**

### <u>AFFIDAVIT OF KAREN M. KINGSTON</u>

I, Karen M. Kingston, being duly sworn upon oath, alleges and states as follows:

1.      My name is Karen M. Kingston and if called upon to testify, I would competently testify as to the following facts.

2.      I am the Debtor in this bankruptcy.  I am currently unemployed and my only source of income is the sum of One Thousand, Five Hundred Dollars ($1,500.00) which I receive as and for maintenance.

FURTHER AFFIANT SAYETH NOT.


_____
Karen M. Kingston


Sworn to and subscribed before me this
_____ day of _____, 2007.


_____
Notary Public

Official Form 6J (10/06)

In re  **Karen M Kingston** _____ Case No. _____
                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,945.79 |
| a. Are real estate taxes included?          Yes ___          No  **X** | | |
| b. Is property insurance included?          Yes ___          No  **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 300.00 |
|              b. Water and sewer | $ | 75.00 |
|              c. Telephone | $ | 80.00 |
|              d. Other  **Cable and internet** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 100.00 |
|              b. Life | $ | 100.00 |
|              c. Health | $ | 291.50 |
|              d. Auto | $ | 380.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)    **Real estate taxes** | $ | 750.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other | $ | 0.00 |
|              c. Other | $ | 0.00 |
|              d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|       Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,952.29 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,500.00 |
| b.    Average monthly expenses from Line 18 above | $ | 6,952.29 |
| c.    Monthly net income (a. minus b.) | $ | -5,452.29 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Karen M Kingston**                  Case No.
                          Debtor(s)       Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __49__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 1, 2007**                 Signature   **/s/ Karen M Kingston**
                                                            **Karen M Kingston**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Karen M Kingston** _____    Case No. _____

                                        Debtor(s)        Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$22,000.00** | **2005 income** |
| **$17,290.00** | **2006 income** |
| **$0.00** | **2007 income (to-date; approximately)** |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $18,000.00 | 2005 (maintenance) |
| $18,000.00 | 2006  (maintenance) |
| $4,500.00 | 2007 (maintenance) |

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AKB Enterprises, Inc., d/b/a Sign-A-Rama v. Amazing Kitchen & Bath, Inc. and Karen Kingston - 07 M3 0616** | | **Cook County, Illinois** | **Pending** |
| **Hilltop Cabinet Distributors, Inc. v. Amazing Kitchen & Bath, Inc., et al. - 2007 AR 201** | | **DuPage County, Illinois** | **Judgment** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■   this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■   and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
■   since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ottenheimer Teplinsky Rosenbloom, LLC**<br>**750 Lake Lake Cook Road**<br>**Suite 140**<br>**Buffalo Grove, IL 60089** | | **$2,500 for bankruptcy representation and filing; no adversary proceeding or Rule 2004 Exam** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Community Bank** | | **Miscellaneous papers** | |

5

### 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| ? | | |

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **John O'Toole** | **Miscellaneous furniture of fiance.** | |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Oak Leaf Enterprises, Inc.** | 20-5998044 | **814 Hillside Glen Ellyn, IL 60137** | **Kitchen and bath wholesale** | **Non-operational** |
| **Amazing Kitchen & Bath, Inc.** | 31-1832501 | **1086 Industrial Drive, #2 Bensenville, IL 60106** | | **March, 2004 to May, 2007** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

7

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                          |                          | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY        | INVENTORY SUPERVISOR     | (Specify cost, market or other basis) |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|                          | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY        | RECORDS                  |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                          |                          | NATURE AND PERCENTAGE |
| NAME AND ADDRESS         | TITLE                    | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                  DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**June  1, 2007**__                    Signature  __**/s/ Karen M Kingston**__
                                                          **Karen M Kingston**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Karen M Kingston**                             Case No. _____

Debtor(s)           Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Debtor's residence: Location: 814 Hillside Avenue, Glen Ellyn IL 60137** | **Americas Servicing Company** | X | | | |
| **Debtor's residence: Location: 814 Hillside Avenue, Glen Ellyn IL 60137** | **Americas Servicing Company** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **June  1, 2007**                         Signature   **/s/ Karen M Kingston** _____

                                                     **Karen M Kingston**

                                                     Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Karen M Kingston**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 250.00 |
| Balance Due | $ | 2,250.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June  1, 2007**

**/s/ Lester A. Ottenheimer III**
**Lester A. Ottenheimer III 3127572**
**Ottenheimer Teplinsky Rosenbloom, LLC**
**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**
**847-520-9400  Fax: 847-520-9411**
**Hklein@otrlaw.com**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Lester A. Ottenheimer III 3127572** | X **/s/ Lester A. Ottenheimer III** | **June  1, 2007** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**
**847-520-9400**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Karen M Kingston** | X **/s/ Karen M Kingston** | **June  1, 2007** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Karen M Kingston**                                                Case No.
                                        Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **116**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 1, 2007**                    **/s/ Karen M Kingston**
                                            **Karen M Kingston**
                                            Signature of Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

AKB Enterprises, Inc., d/b/a
Sign-A-Rama, c/o Adam Brancamp
711 East Golf Road
Schaumburg, IL 60173


All A Electric Co.
PO Box 947
Warrenville, IL 60555


Amazing Bath & Kitchen, Inc.
1086 Industrial Drive, #2
Bensenville, IL 60106


American Express
PO Box 0001
Los Angeles, CA 90096


Americas Servicing Company
PO Box 1820
Newark, NJ 07101


AT&T Yellow Pages/RH Donnelly
8519 Innovation Way
Chicago, IL 60682


Bank of America
PO Box 15726
Wilmington, DE 19886


Bank of America
PO Box 15710
Wilmington, DE 19886


Bathworks
3965 North Elston
Chicago, IL 60616


BCI Acrylic Bath Systems
524 South Hicks Road
Palatine, IL 60067


Bob Hunt
1103 South Mitchell
Arlington Heights, IL 60005

Bolingbrook Glass & Mirror, Inc.
470 West North Frontage Road
Bolingbrook, IL 60440

BP-Card Member Services
PO Box 15325
Wilmington, DE 19886

Cabinet Restylers
c/o NCO Financial Systems, Inc.
PO Box 4903
Trenton, NJ 08650

Capital One Bank
PO Box 60024
City Of Industry, CA 91716

Carson Pirie Scott Retail Services
PO Box 17264
Baltimore, MD 21297

CBS Outdoor
PO Box 33074
Newark, NJ 07188

Chase
PO Box 9001022
Louisville, KY 40290

Chase
PO Box 15153
Wilmington, DE 19886

Chicago Sun Times
PO Box 1003
Tinley Park, IL 60477

Chicago Tribune
c/o Teller Levit & Silvertrust
11 East Adams Street
Chicago, IL 60603

Chicago Tribune Company
c/o Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188

Chris Ubert
3128 Lynette Lane
Island Lake, IL 60042

Citgo Petroleum
PO Box 2224
Birmingham, AL 35246

Clipper Magazine
3708 Hempland Road
Mountville, PA 17554

Comcast Financial Agency Corp.
12964 Collection Center Drive
Chicago, IL 60693

Computer Technology Solutions, LLC
498 North Overlook Trail
Round Lake, IL 60073

Computing Technology Solutions, LLC
1020 Deerfield Ave., #370
Deerfield, IL 60015

Creative Mirror Designs
2141 West Army Trail Road
Addison, IL 60101

Daily Herald
c/o Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188

Dan's Hauling
2852 Cornwall Lane
Geneva, IL 60134

Daniel Vinchery
1861 Wahler
Hanover Park, IL 60133

Deadline Printing & Color Copying
1401 Busse Road
Elk Grove Village, IL 60007

Delux Business Checks & Solutions
PO Box 742572
Cincinnati, OH 45274

DirecTV
PO Box 9001069
Louisville, KY 40290

Discover Card
PO Box 30395
Salt Lake City, UT 84130

Dollarwise
c/o MurphyLomon & Associates
PO Box 2206
Des Plaines, IL 60017

DuPage County Tax Collector
Bill Payment Center
PO Box 4203
Carol Stream, IL 60197

East-West Plumbing, Inc.
2348 West Grand Avenue
Chicago, IL 60612

Energy Data
109-15 14th Avenue, Suite 200
College Point, NY 11356

Ferguson Enterprises #3550
c/o Faber Hagel
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Frank E. Diaz
1108 Honeywood
Westmont, IL 60559

Fredricksen Fire Equipment Company
760 Thomas Drive
Bensenville, IL 60106


Fuchs & Roselli
440 West Randolph Street
Chicago, IL 60606


Full House Productions, Inc.
75 West Van Buren Street
Oswego, IL 60543


Gallagher Lieb Moroni & Associates
200 West Higgins, #326
Schaumburg, IL 60195


Glass Block Factory
6540 West Diversey Avenue
Chicago, IL 60707


Hallmark Corporation
310 West Lake Street
Elmhurst, IL 60126


Hill Top Cabinet Distributors, Inc.
c/o Rothschild Bary & Myers
55 West Monroe Street, Suite 3900
Chicago, IL 60603


Hinsdale Hospital
33835 Treasury Center
Chicago, IL 60694


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901


HSBC Retail Services
PO Box 5204
Carol Stream, IL 60197


Internal Revenue
Cincinnati, OH 45999

Internal Revenue Service
PO Box 745
Chicago, IL 60690


Internal Revenue Services
860 E. Algonquin Road
Schaumburg, IL 60173


Jackie Gregoire
6N170 Rosedale Avenue
Roselle, IL 60172


Jerry Aurigemma
3630 Huntington Boulevard
Hoffman Estates, IL 60192


John and Kathy Michaels
1046 Big Eagle Trail
Carol Stream, IL 60188


John Gaillard
1033 Charela Lane, #102
Elk Grove Village, IL 60007


Juan Padilla Landscaping, Inc.
2327 South Lawndale
Chicago, IL 60623


Julie Cadieux
17484 West Chestnut Lane
Gurnee, IL 60031


Kohl's
Kohl Payment Center
PO Box 2983
Milwaukee, WI 53201


Laminated Products, Inc.
5718 52nd Street
Kenosha, WI 53144


LaSalle Bank
135 LaSalle Street
Chicago, IL 60603

LaSalle Bank
PO Box A3041
Chicago, IL 60690


Liberty Suburban Chicago Newspapers
Attn: Accounts Receivable
1101 Wet 31st Street, Suite 100
Downers Grove, IL 60515


Macy's
PO Box 689195
Des Moines, IA 50368


Martin J. Rosenbaum
1092 Cernan Court
Elk Grove Village, IL 60007


Martino Ortiz
2928 East Elston
Chicago, IL 60618


Mary Ann Swietlik
5346 North Nordica Avenue
Chicago, IL 60656


Matias Alaniz
2307 Gunderson
Berwyn, IL 60462


Merchant Services
Charge Back Department
7300 Chapman Highway
Knoxville, TN 37920


Michael Diflori
New Wave Remodeling Group
2N238 Argyle
Lombard, IL 60148


Michael Wagner & Sons
2321 South Foster
Wheeling, IL 60090

Mid America Tile
1650 Howard Street
Elk Grove Village, IL 60007


Mike and Celeste Hanson
900 South River Road, #2A
Des Plaines, IL 60016


MoneySaver/KDR Productions
480 West Lake Street
Roselle, IL 60172


NEBS
PO Box 88042
Chicago, IL 60680


New Age Surfaces
1237 Naperville Drive
Romeoville, IL 60446


Nordstrom Bank
PO Box 79134
Phoenix, AZ 85062


Northwest Marble Products
880 Industrial
Bensenville, IL 60106


Northwest Mutual
PO Box 88243
Milwaukee, WI 53288


Oasis Industries
1600 Mountain Street
Aurora, IL 60505


Office Max
HSBC Business Solutions
PO Box 5239
Carol Stream, IL 60197


Pace Industries
c/o Benjamin & Williams
5485 Expressway Drive North
Holtsville, NY 11742

Peterson Publication, Inc.
887 Hill Avenue
Glen Ellyn, IL 60137


Pitney Bowes
PO Box 856042
Louisville, KY 40285


Plan It Products, LLC
561 Tequesta
West Bloomfield, MI 48323


Quill
PO Box 94081
Palatine, IL 60094


Randy Murphy
100 North Pine Street
Mount Prospect, IL 60056


Rapid Advance
7316 Wisconsin Avenue, #450
Bethesda, MD 20814


Remodelers Supply Center
2500 North Pulaski Road
Chicago, IL 60639


Retail Services
PO Box 17298
Baltimore, MD 21297


RH Donnelly
c/o Liquidebt Systems, Inc.
29 W 110 Butterfield, Suite 108
Warrenville, IL 60555


SAVE
Market Share Coupons
1000 West Maple Road
Troy, MI 48084


Senior Connection
PO Box 38
Dundee, IL 60118

Sign-A-Rama
711 East Golf Road
Schaumburg, IL 60173


Sprint
c/o First Revenue Assurance
PO Box 3020
Albuquerque, NM 87110


Szabo Associates, Inc.
3355 Lenox Road, N.E., 9th Floor
Atlanta, GA 30326


The Hartford Commercial Billing
PO Box 5556
Hartford, CT 06102


Thiels Replacement Systems
c/o NCO Financial Systems, Inc.
PO Box 4903
Trenton, NJ 08650


Tom and Kathy Davidson
1115 Forestview Drive
Lake Bluff, IL 60044


Tom and Marzena Simmons
632 Spinnaker
Schaumburg, IL 60194


Tom McGuiggan
3438 North Ottawa
Chicago, IL 60634


Tomasz Sznyterman TA Professional
2317 Silverstone Drive
Carpentersville, IL 60110


U.S. Plumbing & Heating Supply Co.
160 Joey Drive
Elk Grove Village, IL 60007


Val Pak
8605 Largo Lakes Drive
Largo, FL 33773

Valpak of Chicago Land
12 Salt Creek Lane, Suite 325
Hinsdale, IL 60521


Vedder Price
222 North LaSalle Street
Chicago, IL 60601


Victoria Secret
PO Box 659728
San Antonio, TX 78265


Visa Chase Card Member Service
PO Box 100044
Kennesaw, GA 30156


Von Maur
PO Box 790298
Saint Louis, MO 63179


Washington Mutual
PO Box 78065
Phoenix, AZ 85062


WBBM AM
2 Prudential Plaza, 11th Floor
Chicago, IL 60601


WERV-FM
Next Media Dept. 809250
Chicago, IL 60680


WGNTV - WGN Radio - CLTV
10755-F Scripps Poway Parkwaym #612
San Diego, CA 92131